Civil Action No.   **0:22-cv-02775-NEB-DJF**

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **MILTON ROBINSON**
was recieved by me on **11/21/2022:**

☐  I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒  I left the summons at the individual's residence or usual place of abode with **John Doe**, a person of suitable age and discretion who resides there, on **11/22/2022**, and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)* ; or

☐  I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 171.50** for services, for a total of **$ 171.50**.

I declare under penalty of perjury that this information is true.

Date:  11/22/2022

*Server's signature*

**Diana Boatwright**
*Printed name and title*

**33141 Geranium Lane
Tangent, OR 97389**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to an individual who refused to give their name who indicated they were the co-resident. The individual tried to refuse service by refusing to take documents and he stated he was a renter and that i can't leave the documents. (documents left, seen by subject). The individual appeared to be a white male contact over 65 years of age.  wearing a black beanie with brown eyes. 889BGE in driveway. Subject not at home during attempt. Address confirmed. No name on mailbox. John Doe stated he is a renter and that the subject was not home at this time. I had told him I could leave the documents with someone else that lives here. I let him know that I would place the documents upon the chair at front doorstep. He told me I couldn't leave them there. Dropserved. Placed upon chair with large flat pillow at front door before him. He repeated that I could not leave them there. I left property.**




Tracking #: **0096974846**