# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ralph Robinson,<br><br>        Plaintiff,<br><br>v.<br><br>Milton Robinson,<br><br>        Defendant. | 22-cv-2775 (NEB/DJF)<br><br>**ORDER** |

The Complaint in this matter was filed and Summons was issued as to Defendant Milton Robinson on November 1, 2022 (ECF Nos. 1, 4). On November 30, 2022, the Summons was returned executed showing that Milton Robinson was served on November 22, 2022, with an answer due date of December 13, 2022 (ECF No. 5). More than twenty-one (21) days have elapsed since the deadline set for Defendant Milton Robinson to answer or otherwise respond to the Complaint and Defendant has failed to respond or enter an appearance.

Accordingly, **IT IS HEREBY ORDERED THAT** Plaintiff shall:

1. Notify Defendant immediately that he is required to answer or otherwise respond to the Complaint, or file a motion or stipulation for an extension of time to answer or otherwise respond, within ten (10) days of service of the notice;

2. File the above notice in CM/ECF; and

3. File an application for entry of default pursuant to Fed. R. Civ. P. 55(a) within twenty-one (21) days of the date of this Order if no answer or other response is filed by Defendant. Once default is entered by the Clerk's Office, Plaintiff shall promptly seek a default judgment pursuant to Fed. R. Civ. P. 55(b); **or**

4. File a letter advising the undersigned of any good cause to the contrary.

Failure to comply with this Order may result in dismissal of this action for failure to prosecute.

Dated: December 15, 2022	*s/ Dulce J. Foster*
DULCE J. FOSTER
United States Magistrate Judge