UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

RALPH ROBINSON,

       Plaintiff,

vs.

MILTON ROBINSON,

       Defendant.
_____/

Case No. **22-cv-02775-NEB-DJF**

NOT FOUND AFFIDAVIT

STATE OF OREGON
County of Marion     ss.

I, Julie Field, being first duly sworn, depose and say that I am a professional process server, a competent person 18 years of age or older, a resident of the State of Oregon and that I am not a party to nor an attorney for any party, corporate or otherwise, in the within named action; that I attempted to serve the *Notice to Defendant to Respond to Complaint Pursuant to 12.15.22 Court Order and Ex A - 12.15.22 Court Order* upon **MILTON J. ROBINSON** as hereinafter described:

On 12/20/2022 at 7:50 AM, I attempted service upon MILTON J. ROBINSON at 246 Peach Street, Silverton, OR 97381. This address is a gated residence. There isn't a call box at the gate and the gate was open. There is a "No Trespassing- Private Property" sign posted keeping me from lawfully going on to the property. I waited at the gate until 8:05 am. No one came or left the property.

On 12/21/2022 at 6:25 PM, I returned to 246 Peach Street, Silverton, OR 97381. The gate was open. I stayed at the gate until 6:40 PM. No one come or left the property.

I declare under the penalty of perjury that the above statement is true and correct.

SUBSCRIBED AND SWORN BEFORE ME
this 22nd day of Dec, 2022
by Julie Field.

_____
Notary Public

OFFICIAL STAMP
MITCH AARON WIRTH
NOTARY PUBLIC - OREGON
COMMISSION NO. 1024315
MY COMMISSION EXPIRES APRIL 27, 2026

X _____
Julie Field
Nationwide Process Service, Inc.
315 W Mill Plain Blvd, Ste. 206
Vancouver, WA 98660
503-241-0636

*361131*