UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| RALPH ROBINSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>MILTON ROBINSON,<br><br>　　　　　Defendant. | Case No. 22-cv-02775-NEB-DJF<br><br>**APPLICATION FOR ENTRY OF DEFAULT** |

Harris Bricken
511 SE 11th Avenue, Suite 201
Portland, Oregon 97214
Phone: (503) 207-7313

Comes now, Plaintiff, Ralph Robinson, and hereby requests the Clerk to enter a default against the defendant, Milton Robinson, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defendant as provided by Rule 55 of the Federal Rule of Civil Procedure. This Application is made pursuant to the Court's order of December 15, 2022, (ECF No. 6) and is supported by all filings in this action and the contemporaneously filed Declaration of Jesse D. Mondry in Support of Application for Default.

DATED this 3rd day of January 2023.

> Respectfully submitted,
> HARRIS BRICKEN SLIWOSKI, LLP
>
> /s/ *Jesse D Mondry*
> Jesse D. Mondry
> MND 388831
> OR Bar No. 192559
> 511 SE 11th Avenue, Suite 201
> Portland, Oregon 97214
> (503) 207-7313
> jesse@harrisbricken.com
> *Attorneys for Plaintiff Ralph Robinson*

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I transmitted a copy of such documents to the following:

Milton Robinson
*Pro Se Defendant*
246 Peach Street
Silverton, Oregon 97381

I certify under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct this 3rd day of January 2023.

**HARRIS BRICKEN SLIWOSKI LLP**

By: /s/ *Jesse D Mondry*
Jesse D. Mondry, MND 388831