UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

RALPH ROBINSON,

            Plaintiff,

vs.

MILTON ROBINSON,

            Defendant.

Case No. 22-cv-02775-NEB-DJF

**DECLARATION OF SERVICE**

I, Staci Black, declare that I am employed by the firm of Harris Bricken Sliwoski, LLP, attorneys for plaintiff in the above-entitled action.

On December 15, 2022, I mailed true copies of the Notice to Defendant Milton Respond to the Complaint Pursuant to the Court's Order of December 15, 2022, to Defendant Milton Robinson by first class mail and by certified mail, return receipt requested, addressed as follows and deposited in the Post Office at Andover, Kansas:

    Milton J. Robinson
    246 Peach Street
    Silverton, OR 97381

The certified mail addressed to Milton Robinson, 246 Peach Street, Silverton, OR 97381 remains unclaimed. The first-class mailings have not been returned to our office.

On December 15, 2022, I also emailed a true copy of the Notice to Defendant Milton Respond to the Complaint Pursuant to the Court's Order of December 15, 2022, to Defendant Milton Robinson at the three (3) email addresses on file with our office:

Milton.capitolgreenleaf@gmail.com;

America1776llc@yahoo.com; and

Redo246peach@yahoo.com.

None of the emails sent to the email addresses listed above were bounced back as undeliverable. See attached **Exhibit 1** without attachments.

On December 30, 2022, Defendant Milton Robinson emailed a letter to the Court from the email address redo246peach@yahoo.com which was filed under seal by the Court on January 3, 2023 (ECF No. 11).

I hereby declare that the above statement is true to the best of my knowledge and belief and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

DATED this 3rd day of January, 2023, at Wichita, Kansas.

*[signature: Staci Black]*

Staci Black, ACP - Paralegal

DECLARATION OF SERVICE - 2

**Harris Bricken**
511 SE 11th Avenue, Suite 201
Portland, Oregon 97214
Phone: (503) 207-7313

# CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I transmitted a copy of such documents to the following:

Milton Robinson, *Pro Se Plaintiff*
246 Peach Street
Silverton, Oregon 97381

Redo246peach@yahoo.com
Milton.capitolgreenleaf@gmail.com
America1776llc@yahoo.com

I certify under penalty of perjury under the laws of the State of Oregon that the foregoing is true and correct this 3rd day of January 2023.

**HARRIS BRICKEN SLIWOSKI LLP**

By: /s/ *Jesse D. Mondry*
Jesse D. Mondry, MND 388831