

HARRIS | BRICKEN

January 4, 2023

**VIA ECF**

Hon. Dulce J. Foster
United States Magistrate Judge
United States District Court
300 South Fourth Street
Minneapolis, MN 55415

**Letter re Email to Defendant as Ordered by Court (ECF No. 13).**

Re:   *Ralph Robinson v. Milton Robinson*, Case No. 22-cv-2775 (NEB/DJF)

Hon. Dulce J. Foster:

This letter is filed pursuant to the Court's order dated January 3, 2023 (ECF No. 13) ("Order"). The Order directed Plaintiff to email a copy of the Order to Defendant Milton Robinson at the email address Mr. Robinson provided to the Court: redo246peach@yahoo.com, on or before January 6, 2023, and file a letter on ECF confirming the date when the email was sent.

This letter confirms that Plaintiff sent the email to Defendant Milton Robinson on January 4, 2023, at 10:15 a.m.

A copy of the email sent to Defendant Milton Robinson at redo246peach@yahoo.com, with its attachments, is enclosed herewith as **Exhibit 1**.

Sincerely,

Jesse Mondry
Harris Bricken Sliwoski, LLP

Cc: Defendant Milton Robinson, via email to redo246peach@yahoo.com

511 SE 11th Ave.
Suite 201
Portland, OR 97214
503-207-7313

firm@harrisbricken.com
harrisbricken.com

LOS ANGELES | NEW YORK | PHOENIX | PORTLAND | SALT LAKE CITY | SEATTLE
BARCELONA | BEIJING | MADRID | MEXICO CITY | PALMA DE MALLORCA