# UNITED STATES DISTRICT COURT
## District of Minnesota

Ralph Robinson,

                      Plaintiff,

v.

Milton Robinson,

                      Defendant.

**CLERK'S ENTRY OF DEFAULT**

Case Number:  22-cv-2775 NEB/DJF

It appearing that defendant Milton Robinson is in default for failure to plead or otherwise defend in this action, as required by law, now, therefore, on application of plaintiff, Ralph Robinson,

DEFAULT IS HEREBY ENTERED against Milton Robinson.

Date: 1/19/2023                                                                                       KATE M. FOGARTY, CLERK