

Writer's Direct Dial No.: (952) 746-2139
E-Mail: bkenny@Hjlawfirm.Com

December 22, 2023

The Honorable Dulce J. Foster
United States District Court
Courtroom 8E
300 South Fourth Street
Minneapolis, MN 55415

Re:   Robinson v. Robinson
      Case No.: 0:22-cv-02775-NEB-DJF

Dear Magistrate Judge Foster:

This responds to your December 5th order that I file a letter with this Court by today indicating whether Milton Robinson has fulfilled his payment obligations and has provided satisfactory assurance regarding his ability to pay future obligations.

Milton Robinson has done so. I withdraw my motion.

Very truly yours,

HELLMUTH & JOHNSON

Brendan M. Kenny
Attorney at Law

BMK/pjd
cc:   Milton Robinson