# Hellmuth & Johnson

Writer's Direct Dial No.: (952)746-2136
E-Mail: csall@hjlawfirm.com

January 19, 2024

*VIA EFILE*

The Honorable Dulce J. Foster
United States District Court
Courtroom 8E
300 South Fourth Street
Minneapolis, MN 55415

Re: Robinson v. Robinson
    Case No.: 0:22-cv-02775-NEB-DJF

Dear Magistrate Judge Foster:

This responds to your January 5, 2024, order that counsel file a joint letter updating this Court of the case status by today.

Counsel spoke on Wednesday, January 17. Both sides agree that another settlement conference or mediation would probably not be productive at this time. Both sides believe that this case is unlikely to settle at this time.

| Very truly yours, | Very truly yours, |
|---|---|
| HARRIS BRICKEN SLIWOSKI, LLP | HELLMUTH & JOHNSON |
| */s/ Jesse D. Mondry* | */s/ Brendan M. Kenny* |
| Jesse D. Mondry | Brendan M. Kenny |
| Attorney at Law | Attorney at Law |
| Attorney for Plaintiff Ralph Robinson | Attorney for Defendant Milton Robinson |

BMK/pjd
cc: