# UNITED STATES DISTRICT COURT

FOR THE     DISTRICT OF     MINNESOTA

**PLAINTIFF'S EXHIBIT LIST**

RALPH ROBINSON
V.
MILTON ROBINSON

Case Number: 22-CV-2775

| PRESIDING JUDGE<br>Nancy E. Brasel | PLAINTIFF'S ATTORNEY<br>Jesse D. Mondry | DEFENDANT'S ATTORNEY<br>Brendan M. Kenny |
|---|---|---|
| TRIAL DATE (S)<br>September 16, 2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | June 6, 2017, RR-MN_000081, M. Robinson Depo. Ex. 4.<br>Letter from R. Robinson to Gale Dewar Re: Wire Transfer in the Amount of $200,000. |
| 2 | | | | | June 20, 2017, RR-MN_000140. Letter from R. Robinson to Gale Dewar re Wire Transfer in the Amount of $100,000. |
| 3 | | | | | July 1, 2017, RR-MM_000001–3, M. Robinson Depo. Ex. 5 (Mosconi Depo. Ex. 2).<br>Promissory Note $375,000. |
| 4 | | | | | July 10, 2017, RR-MM_0000089, M. Robinson Depo. Ex. 6.<br>Email from Ralph Robinson to Mark Westra copying M. Robinson, Subj: The Interim Solution. |
| 5 | | | | | Sept. 5, 2017, RR-MN_000062.<br>Excel Spreadsheet, "Milt Debt Summary 9.05.17." |
| 6 | | | | | Oct. 21, 2017, RR-MN_000102–103, M. Robinson Depo Ex. 7.<br>Email from Ralph Robinson to Milton Robinson, Subj: "Investments with Milt". |
| 7 | | | | | Oct. 27, 2017, RR-MN_000105. Email from R. Robinson to M. Robinson re $90,000 wire. |
| 8 | | | | | Nov. 13, 2017, RR-MM_000004–7; M. Robinson Depo. Ex. 8 (Mosconi Depo. Ex. 4).<br>Promissory Note $380,000. |
| 9 | | | | | Undated. M. Robinson Depo. Ex. 2 (Mosconi Depo. Ex. 5).<br>Promissory Notes and Advances with Milton J. Robinson Aug 14, 2015 – Feb. 7, 2018. |
| 10 | | | | | Sept. 19, 2018, RR-MN_000109.<br>Email from R. Robinson to Gale Dewar copying M. Robinson, Subj: Wires, Incoming & Outgoing. |
| 11 | | | | | Oct. 3, 2018, RR-MN_000110.<br>Email from R. Robinson and M. Robinson, Subj.: "Debt summary & refinance" concept". |
| 12 | | | | | Oct. 3, 2018, RR-MN_000111-112.<br>Email from M. Robinson to R. Robinson, Subj.: "Debt summary & refinance" concept". |
| 13 | | | | | Mar. 1, 2019, RR-MN_000282-283. Email from R. Robinson to M. Robinson, Subj: Notes totaling $380K to be reduced via 650 Walnut package. |
| 14 | | | | | June 20, 2019, RR-MN_000016–48, Mosconi Depo. Ex. 6.<br>Indenture, Mortgage, and Note re 650 Walnut Street, Highland Park, IL 60035 executed July 1, 2019. |
| 15 | | | | | June 12, 2019, RR_MN_000118. Email from R. Robinson to M. Robinson, Subj. "Hola", re $243,119. |
| 16 | | | | | June 25, 2019, RR-MN_000069-71.<br>Email exchange between R. Robinson and W. Mosconi, Subj. "650 Walnut, Highland Park, IL." |
| 17 | | | | | June 27, 2019, RR_MN_000538, Mosconi Depo. Ex. 9.<br>Email exchange between R. Robinson and W. Mosconi, Subj: Consolidated Note $380,000 (w/o attachments). |
| 18 | | | | | July 1, 2019, RR-MN_000008-11.<br>Commercial Note – Secured $243,119. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

| # | | | | | Description |
|---|---|---|---|---|---|
| 19 | | | | | March 23, 2020, M. Robinson Depo. Ex. 13 (Mosconi Depo. Ex. 7).<br>Promissory Note $246,387. |
| 20 | | | | | July 8, 2020, RR-MN_000275.<br>Excel Spreadsheet "Investments with and loans to MJR 7.8.2020" |
| 21 | | | | | Feb. 26, 2021, RR-MN_000280-281. Email from M. Robinson to R. Robinson Subj: Trust, Obligations & Disappointments. |
| 22 | | | | | Feb. 26, 2021, RR-MN_000478, M. Robinson Depo. Ex. 2.<br>Email from R. Robinson to M. Robinson Subj: Trust, Obligations & Disappointments. |
| 23 | | | | | Feb. 26, 2021, RR-MN_000473-474, M. Robinson Depo Ex. 9.<br>Letter from M. Becker to M. Robinson re Promissory Note of $375,000. |
| 24 | | | | | Mar. 31, 2021, RR-MN_00060.<br>Email exchange between R. Robinson and W. Mosconi, Subj: Robinson sale to Muller. |
| 25 | | | | | May 20, 2021, MR00001-20, M. Robinson Depo. Ex. 11. Closing Statement and Payoff Statement Form re 650 Walnut Street, Highland Park, IL 60035. |
| 26 | | | | | Oct. 10, 2021, M. Robinson Depo. Ex. 14.<br>Email exchange between T. Cartales and J. Mondry re KOR Family LLC v. Milton Robinson. |
| 27 | | | | | Feb. 4, 2022, RR-MN_000072A, M. Robinson Depo Ex. 12.<br>Letter from W. Mosconi to R. Robinson enclosing check to KOR Family LLC in the amount of $12,500. |
| 28 | | | | | Nov. 23, 2019 – June 14, 2021, RR-MN_0003388–469, M. Robinson Depo. Ex. 16.<br>Text messages between Ralph Robinson and Milton Robinson. |
| 29 | | | | | July 5, 2022, Confidential Settlement Agreement and Mutual Release |
| 30 | | | | | Feb. 21, 2023, ECF No. 29.<br>Decl. of M. Robinson. |
| 31 | | | | | Apr. 29, 2023, RR-MN_000650-651, M. Robinson Depo. Ex. 17 (Mosconi Depo. Ex. 3).<br>Email from R. Robinson to W. Mosconi, Subj: Milton's unpaid Promissory Note from 2017. |
| 32 | | | | | July 21, 2023, Defendant's Responses and Answers to Plaintiff's First Set of Requests for Production and Interrogatories. |
| 33 | | | | | Nov. 23, 2019 – June 14, 2021, RR-MN_0003388–469, M. Robinson Depo. Ex. 16.<br>Text messages between Ralph Robinson and Milton Robinson. |
| 34 | | | | | Complaint for Damage (November 1, 2022) |
| 35 | | | | | Amended Complaint (May 1, 2023) |
| 36 | | | | | September 12, 2017 to November 10, 2017 Milt $380 Note & wire transfers – Redacted, RR-MN_000653-000659 |
| | | | | | |
| | | | | | |
| | | | | | |

DATED this 19th day of August 2024.

          **HARRIS SLIWOSKI LLP**

          */s/ Jesse D. Mondry*
          Jesse D. Mondry, MND 388831
          OR Bar No. 192559
          511 SE 11th Avenue, Suite 201
          Portland, Oregon 97214
          jesse@harris-sliwoski.com
          *Attorneys for Plaintiff Ralph Robinson*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. I transmitted a copy of such documents to the following:

Brenden M. Kenny
HELLMUTH & JOHNSON
8050 W. 78th Street
Edina, MN 55439
bkenny@hjlawfirm.com

I certify under penalty of perjury under the laws of the State of Minnesota that the foregoing is true and correct this 19th day of August 2024.

**HARRIS SLIWOSKI LLP**

By: /s/ *Jesse D Mondry*
     Jesse D. Mondry, MND 388831