AO 187 (Rev. Locally 03/18) Exhibit List

# UNITED STATES DISTRICT COURT

FOR THE    DISTRICT OF    MINNESOTA

RALPH ROBINSON
V.
MILTON ROBINSON

**DEFENDANT'S EXHIBIT LIST AMENDED**

Case Number:  22-CV-2775

| PRESIDING JUDGE<br>Nancy E. Brasel | PLAINTIFF'S ATTORNEY<br>Jesse D. Mondry | DEFENDANT'S ATTORNEY<br>Brendan M. Kenny |
|---|---|---|
| TRIAL DATE (S)<br>September 6, 2024 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 8/12/24 |  |  | Letter from Ralph Robinson (Subj.; "Re: Wire Transfer") (Jun. 6, 2017) (Robinson Depo. Ex. 4, RR-MN_0000981) |
|  | 2 | 8/12/24 |  |  | Promissory Note (July 1, 2017) (Mosconi Depo. Exhibit 2, RR-MM_000001–3) (Robinson Depo. Ex. 5) |
|  | 3 | 8/12/24 |  |  | Email from Ralph Robinson to Mark Westra (July 10, 2017) (Robinson Depo. Ex. 6, RR-MM_0000089) |
|  | 4 | 8/12/24 |  |  | Email from Ralph Robinson to Milton Robinson (Subj: "Investments with Milt") (Oct. 21, 2017) (Robinson Depo. Ex. 7, RR-MN_000102–103) |
|  | 5 | 8/12/24 |  |  | Promissory Note (Nov. 13, 2017) (Mosconi Depo. Ex. 4, RR-MM_000004–7; Robinson Depo. Ex. 8) |
|  | 6 | 8/12/24 |  |  | List of promissory notes and advances from 2015–18 (Mosconi Depo. Ex. 5, no bates-number) (Robinson Depo. Ex. 2) |
|  | 7 | 8/12/24 |  |  | Email from Ralph Robinson and Milton Robinson (Subj.: "Debt summary & refinance concept") (Oct. 3, 2018) (RR-MN_000110) |
|  | 8 | 8/12/24 |  |  | Email from Ralph Robinson to William Mosconi (June 25, 2019) (RR-MN_000069–71) |
|  | 9 | 8/12/24 |  |  | Indenture (July 1, 2019) (Mosconi Depo. Ex. 6, RR-MM_000016–48) |
|  | 10 | 8/12/24 |  |  | Promissory Note (Mar. 23, 2020) (Mosconi Depo. Ex. 7; Robinson Depo. Ex. 13) |
|  | 11 | 8/12/24 |  |  | 2020–2021 closing statements, etc. (Robinson Depo. Ex. 11, MR00001–20) |
|  | 12 | 8/12/24 |  |  | Email exchange between Ralph Robinson and William Mosconi (Mar. 31, 2021) (RR-MM_000060) |
|  | 13 | 8/12/24 |  |  | Texts between Ralph Robinson and Milton Robinson (11/23/19–6/14/21) (Robinson Depo. 16, RR-MM_0003388–469) |
|  | 14 | 8/12/24 |  |  | Complaint for Damage (November 1, 2022) |
|  | 15 | 8/12/24 |  |  | Decl. Ralph Robinson Supp. Mot. Default (Jan. 27, 2023) |
|  | 16 | 8/12/24 |  |  | Decl. Ralph Robinson Supp. Mot. Default (Mar. 3, 2023) |
|  | 17 | 8/12/24 |  |  | Email from Ralph Robinsson to William Mosconi re 2017 promissory note (April 29, 2023) (Mosconi Depo. Ex. 3, RR-MM_000650–652; Robinson Depo. Ex. 17) |
|  | 18 | 8/12/24 |  |  | Pl.'s Amended Complaint (redlined version) (May 9, 2023) |
|  | 19 | 8/23/24 |  |  | Promissory Note (July 19, 2019) (RR-MN_000008–11) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages